IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GLOBAL MERCHANDISING SERVICES LTD.,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:18-cv-5953

Judge John Z. Lee

Magistrate Judge Michael T. Mason

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on October 25, 2018 [43] and November 15, 2018 [53], in favor of Plaintiff and against the Defendants Identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 108 | Adilceazo |
| 169 | dallasdeal |
| 111 | Alabamasun |
| 221 | gilroy |
| 382 | oakland |
| 198 | eroute |
| 472 | Toikis |
| 468 | thousandoaks |
| 462 | tennessee |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: November 14, 2019               Respectfully submitted,

                                       /s/ Yanling Jiang
                                       Yanling Jiang (Bar No. 6309336)
                                       JiangIP LLC
                                       111 West Jackson Blvd.
                                       Suite 1700
                                       Chicago, Illinois 60604
                                       Telephone: 312-675-6297
                                       Email: yanling@jiangip.com

                                       ***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Yanling Jiang, on this 14th day of November, 2019.

Given under by hand and notarial seal.

OFFICIAL SEAL
OLLIE B. JONES
Notary Public - State of Illinois
My Commission Expires 4/07/2022

_Ollie B. Jones_
Notary Public

State of Illinois
County of Cook